```
               UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF MINNESOTA
                      FOURTH DIVISION
```

In re: KATHLEEN M ZILVERBERG

      Debtor(s).

**BKY NO. 11-40144**

**Chapter 7 Case**

ORDER TRANSFERRING CASE

    The petition commencing this Chapter 7 case was filed on 1/8/11 in the Minneapolis division of the United States Bankruptcy Court for the District of Minnesota, even though the petition lists the debtors' residence address in Aitkin County. Local Rule 1002-1 requires that the petition commencing a chapter 7 case by a debtor with a residence address in Aitkin County be filed in the clerk's office in Duluth.

    IT IS THEREFORE ORDERED, that this chapter 7 case is hereby transferred to the Duluth division of the United States Bankruptcy Court for the District of Minnesota.

Dated: <u>January 10, 2011</u>       <u>/e/ Robert J. Kressel</u>
                                      United States Bankruptcy Judge

---

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT

Filed and docket entry made on   1/10/11

Lori A. Vosejpka, Clerk, by  M. Blesi